Hon. Dennis J. Hubel

Thomas Lether, OSB #101708
Eric J. Neal, OSB #31863
LETHER & ASSOCIATES, PLLC
1848 Westlake Ave N, Suite 100
Seattle, WA 98109
tlether@letherlaw.com
eneal@letherlaw.com
T: 206-467-5444
F: 206-467-5544
Attorneys for Defendant/Third-Party Plaintiff
St. Paul Fire & Marine Ins. Co.

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON – PORTLAND DIVISION

| | |
|---|---|
| AMERICAN HONDA MOTOR CO., INC. (for itself and as assignee and/or indemnitor of Opus Northwest, LLC; Zurich American Ins. Co.; American Guarantee & Liability Ins. Co.; Stellar Structures, LLC; Continental Casualty Co.; Valley Forge Ins. Co.; American Casualty Co. of Reading, PA; National Fire Ins. Co. of Hartford; and Transportation Ins. Co.),<br><br>    Plaintiff,<br><br> v.<br><br>ST. PAUL FIRE & MARINE INS. CO. and NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA.<br><br>    Defendants. | **Case No. 3:11-cv-344-HU**<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a) and (c) and the settlement agreements reached in this matter, Plaintiff AMERICAN HONDA MOTOR CO., INC. and Defendants ST. PAUL FIRE & MARINE INSURANCE CO. and NATIONAL UNION FIRE INSURANCE CO. OF

STIPULATION OF DISMISSAL - 1
S:\FILES\Opus Construction Co. 11074\Pleadings\140716 Stip & Dismissal.docx

LETHER & ASSOCIATES PLLC.
1848 WESTLAKE AVENUE N., SUITE 100
SEATTLE, WASHINGTON  98109
P: (206) 467-5444  F: (206) 467-5544

PITTSBURGH, PA, by and through their attorneys of record, hereby agree and stipulate that the above-captioned lawsuit is dismissed in its entirety with prejudice and without costs or fees to any party.

Dated this 16th day of July, 2014.

| | |
|---|---|
| **LETHER & ASSOCIATES, PLLC** | **PARSONS FARNELL & GREIN, LLP** |
| */s/ Thomas Lether* | */s/ Emily S. Miller* |
| Thomas Lether, OSB #101708 | Michael E. Farnell, OSB #922996 |
| Eric J. Neal, OSB #110268 | Emily S. Miller, OSB #034348 |
| 3316 Fuhrman Ave. E, Suite 250 | 1030 SW Morrison Street |
| Seattle, WA 98102 | Portland, OR 97205 |
| T: 206.467.5444 / F: 206.467.5544 | T: (503) 222-1812 / F: (503) 274-7979 |
| tlether@letherlaw.com | mfarnell@pfglaw.com |
| eneal@letherlaw.com | emiller@pfglaw.com |
| *Attorneys for St. Paul Fire & Marine Ins. Co.* | Dean E. Aldrich, OSB #962080 |
| | 319 SW Washington Street, Suite 1200 |
| | Portland, OR 97204 |
| **GORDON & REES LLP** | T: (503) 226-7045/ F: (503) 226-7046 |
| | dean@aldrichlawoffice.com |
| */s/ Donald J. Verfurth* | *Attorneys for American Honda Motor Co., Inc.* |
| Donald J. Verfurth, OSB #066480 | |
| Sally S. Kim, OSB #122253 | |
| 701 5th Avenue, Suite 2100 | |
| Seattle, WA 98104 | |
| T: 206) 695/5100 / F: 206-689-2822 | |
| dverfurth@gordonrees.com | |
| *Attorneys for National Union Fire Ins. Co. of Pittsburgh, PA.* | |

STIPULATION OF DISMISSAL - 2
S:\FILES\Opus Construction Co. 11074\Pleadings\140716 Stip & Dismissal.docx

LETHER & ASSOCIATES PLLC.
1848 WESTLAKE AVENUE N., SUITE 100
SEATTLE, WASHINGTON 98109
P: (206) 467-5444  F: (206) 467-5544